UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

JAMES DALTON BELL, ) CASE NO. 3:08 CV 366
)
    Petitioner, ) JUDGE DONALD C. NUGENT
)
v. )
) MEMORANDUM OF OPINION
UNITED STATES OF AMERICA, et al., ) AND ORDER
)
    Respondents. )

    On February 14, 2007, petitioner pro se James Dalton Bell filed the above-captioned habeas corpus action under 28 U.S.C. § 2241, on behalf of himself and "all current and past detainees federal prisoners (since 1948) whose cases originated in, or are located within the jurisdiction of, this judicial district."

    Bell appears to assert that his conviction, and those of others, are invalid because federal courts do not have jurisdiction over federal crimes. Petitioner has not set forth any reasonable basis in support of this assertion.

    Accordingly, the petition is denied pursuant to 28 U.S.C. § 2243. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

                                          /s/ Donald C. Nugent 4/21/08
                                          DONALD C. NUGENT
                                          UNITED STATES DISTRICT JUDGE